**Order entered June 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00736-CV

## IN THE INTEREST OF S.J.N.P. AND L.D.M., CHILDREN

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-11-1847**

## ORDER

Before the Court is Court Reporter Paula Thomas's request for an extension of time to file the reporter's record. In her request, Ms. Thomas seeks a thirty-day extension because she is sitting as the Official Court Reporter and has other appeals she is working on.

Because this is a parental termination case, Ms. Thomas's request is **DENIED**. We remind both Judge Brian Gary and Ms. Thomas that it is the responsibility of the Court Reporter to prepare, certify, and timely file the reporter's record and that Judge Gary must direct Ms. Thomas to immediately commence the preparation of the reporter's record. Judge Gary must arrange a substitute reporter if necessary. TEX. R. APP. P. 28.4(b)(1).

We **ORDER** Paula Thomas, Official Court Reporter for the 397th Judicial District Court, to file the reporter's record within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the following persons:

Honorable Brian Gary
Presiding Judge of the 397th Judicial District Court

Paula Thomas
Official Court Reporter, 397th Judicial District Court


        /s/     CAROLYN WRIGHT
                  CHIEF JUSTICE